<div style="text-align:center">IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA</div>

| | |
|---|---|
| DAVID FRED FISHER,<br><br>            Petitioner,<br><br>    v.<br><br>STEVE CAMBRA, Warden,<br><br>            Respondent._____/ | No. C 09-00513 CW (PR)<br><br>ORDER OF TRANSFER |

   Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus.  He has paid the filing fee.

   Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions."  28 U.S.C. § 2241(a).  A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction.  Id. § 2241(d).  The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice.  See id.  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Here, Petitioner challenges a conviction and sentence incurred in Amador County Superior Court, which is in the venue of the Eastern District of California.  See 28 U.S.C. § 84.  Accordingly, that is the proper venue for this action.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:  3/12/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

<div style="margin-left: 2em; font-style: italic;">United States District Court<br>For the Northern District of California</div>

<div style="text-align: center;">
UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA
</div>

DAVID FRED FISHER,

    Plaintiff,

  v.

STEVE CAMBRA et al,

    Defendant.

Case Number: CV09-00513 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Fred Fisher
1512  166th Ave.
San Leandro,  CA 94578

Dated: March 12, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

3